UNITED STATES of America,
Plaintiff-Appellee,

v.

Alexander VUGLER, Defendant-
Appellant.

No. 17-11173-AA

United States Court of Appeals,
Eleventh Circuit.

(September 26, 2017)

David Charles Waterman, Natalie Hirt Adams, Arthur Lee Bentley, III, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Bjorn Erik Brunvand, Bjorn E. Brunvand, PA, Clearwater, FL, for Defendant-Appellant

Before: HULL, WILSON, JILL PRYOR, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *see United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).